PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JUN 13 P 3: 18

CLERK M. Akins
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                    Crim. No.   3:06CR00001-001

Joey Keith Jackson

    On November 7, 2014, the above named offender was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
John McKee
United States Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13th___ day of June, 2017.

_____
Honorable Dudley H. Bowen, Jr.
United States District Judge